UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE VOLOKH, RUMBLE CANADA INC., and LOCALS TECHNOLOGY INC.<br><br>Plaintiffs,<br><br>- against -<br><br>LETITIA JAMES, in her official capacity as Attorney General of New York,<br><br>Defendant. | No. 22 Civ. 10195 (ALC)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendant Letitia James, Attorney General of the State of

New York, hereby appeals to the United States Court of Appeals for the Second Circuit from this

Court's Opinion and Order dated February 14, 2023 (ECF No. 29), granting Plaintiffs' motion

for a preliminary injunction.

Dated: New York, New York
      March 13, 2023

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant-Appellant*
28 Liberty Street
New York, New York 10005

By:   **/s/ Seth J. Farber**
Seth J. Farber
Special Litigation Counsel
(212) 416-8029
Seth.Farber@ag.ny.gov
Katherine Rhodes Janofsky
Assistant Attorney General
(212) 416-8621
Katherine.Janofsky@ag.ny.gov
Rick Sawyer
Special Counsel for Hate Crimes
(212) 416-6182
Richard.Sawyer@ag.ny.gov

TO:     All Counsel of Record (Via ECF)

APPEAL,ECF

**U.S. District Court**
**Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:22−cv−10195−ALC**

Volokh et al v. James
Assigned to: Judge Andrew L. Carter, Jr
Cause: 42:1983 Civil Rights Act

Date Filed: 12/01/2022
Jury Demand: None
Nature of Suit: 950 Constitutional − State
Statute
Jurisdiction: Federal Question

**Plaintiff**

**Eugene Volokh**                    represented by **Barry Nelson Covert**
Lipsitz, Green et al
42 Delaware Avenue
Suite 120
Buffalo, NY 14202
716−849−1333
Fax: 716−855−1580
Email: bcovert@lglaw.com
*ATTORNEY TO BE NOTICED*

**Daniel Ortner**
Foundation for Individual Rights and
Expression
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
215−717−3473
Email: Daniel.Ortner@thefire.org
*ATTORNEY TO BE NOTICED*

**James Michael Diaz**
Foundation for Individual Rights and
Expression
510 Walnut St
Suite 1250
Philadelphia, PA 19106
215−717−3473
Fax: 215−717−3440
Email: jay.diaz@thefire.org
*ATTORNEY TO BE NOTICED*

**Darpana Mukund Sheth**
Foundation for Individual Rights and
Expression (FIRE)
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003
646−279−4980
Email: darpana.sheth@thefire.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Locals Technology Inc.**                    represented by **Barry Nelson Covert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Ortner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Diaz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Darpana Mukund Sheth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rumble Canada Inc.**                    represented by    **Barry Nelson Covert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Ortner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Michael Diaz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Darpana Mukund Sheth**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Letitia James**                         represented by    **Seth Jonathan Farber**
*in her official capacity as Attorney*                       NYS Office of The Attorney General
*General of New York*                                        28 Liberty Street
Ste 17th Floor
New York, NY 10005
212–416–8029
Fax: 212–416–6009
Email: seth.farber@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine Rhodes Janofsky**
New York State Office of the Attorney
General
28 Liberty Street
New York, NY 10005
212–416–8621
Email: Katherine.Janofsky@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Richard W Sawyer**
Office of the Attorney General
28 Liberty St.
New York, NY 10005
212–416–6182
Email: richard.sawyer@ag.ny.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2022 | 1 | COMPLAINT against Letitia James. (Filing Fee $ 402.00, Receipt Number ANYSDC–27027075)Document filed by Eugene Volokh, Rumble Canada Inc., Locals Technology Inc...(Sheth, Darpana) (Entered: 12/01/2022) |
| 12/01/2022 | 2 | CIVIL COVER SHEET filed..(Sheth, Darpana) (Entered: 12/01/2022) |

| 12/01/2022 | 3 | NOTICE OF APPEARANCE by Darpana Mukund Sheth on behalf of Locals Technology Inc., Rumble Canada Inc., Eugene Volokh..(Sheth, Darpana) (Entered: 12/01/2022) |
|---|---|---|
| 12/01/2022 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Rumble Inc. for Locals Technology Inc.; Corporate Parent 100045728 Ontario Inc. for Rumble Canada Inc.. Document filed by Locals Technology Inc., Rumble Canada Inc...(Sheth, Darpana) (Entered: 12/01/2022) |
| 12/01/2022 | 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Letitia James, re: 1 Complaint. Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh..(Sheth, Darpana) (Entered: 12/01/2022) |
| 12/02/2022 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Darpana Mukund Sheth. The party information for the following party/parties has been modified: Letitia James, Eugene Volokh, Rumble Canada Inc., Locals Technology Inc. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly; party text was omitted. (vf) (Entered: 12/02/2022) |
| 12/02/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Andrew L. Carter, Jr. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(vf) (Entered: 12/02/2022) |
| 12/02/2022 | | Magistrate Judge Ona T. Wang is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (vf) (Entered: 12/02/2022) |
| 12/02/2022 | | Case Designated ECF. (vf) (Entered: 12/02/2022) |
| 12/02/2022 | 6 | ELECTRONIC SUMMONS ISSUED as to Letitia James. (vf) (Entered: 12/02/2022) |
| 12/05/2022 | 7 | NOTICE OF APPEARANCE by Seth Jonathan Farber on behalf of Letitia James..(Farber, Seth) (Entered: 12/05/2022) |
| 12/06/2022 | 8 | MOTION for Preliminary Injunction . Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh..(Sheth, Darpana) (Entered: 12/06/2022) |
| 12/06/2022 | 9 | MEMORANDUM OF LAW in Support re: 8 MOTION for Preliminary Injunction . . Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh..(Sheth, Darpana) (Entered: 12/06/2022) |
| 12/06/2022 | 10 | DECLARATION of Darpana Sheth in Support re: 8 MOTION for Preliminary Injunction .. Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H).(Sheth, Darpana) (Entered: 12/06/2022) |
| 12/06/2022 | 11 | PROPOSED ORDER. Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh. Related Document Number: 8 ..(Sheth, Darpana) Proposed Order to be reviewed by Clerk's Office staff. (Entered: 12/06/2022) |
| 12/06/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 11 Proposed Order was reviewed and approved as to form. (tp) (Entered: 12/06/2022) |
| 12/07/2022 | 12 | ORDER: The Court is in receipt of Plaintiffs' motion for preliminary injunction pursuant to Federal Rule of Civil Procedure 65(a) at ECF No. 8. Defendant is directed to file a written response by December 13, 2022. Any reply must be filed by December 15, 2022. The Court shall hold a telephonic hearing on the motion on Monday, December 19, 2022 at 2:00 p.m. The parties shall contact the Court at 1–888–363–4749 (access code: 3768660). SO ORDERED., ( Responses due by 12/13/2022, Replies due by 12/15/2022., Telephone Conference set for 12/19/2022 at |

| | | |
|---|---|---|
| | | 02:00 PM before Judge Andrew L. Carter Jr..) (Signed by Judge Andrew L. Carter, Jr on 12/07/2022) (ama) (Entered: 12/07/2022) |
| 12/07/2022 | 13 | NOTICE OF APPEARANCE by Barry Nelson Covert on behalf of Locals Technology Inc., Rumble Canada Inc., Eugene Volokh..(Covert, Barry) (Entered: 12/07/2022) |
| 12/08/2022 | 14 | MOTION for Daniel Ortner to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27060246. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh. (Attachments: # 1 Supplement Certificate of Good Standing, # 2 Supplement Certificate of Good Standing, # 3 Affidavit Declaration of Daniel Ortner, # 4 Text of Proposed Order Granting Motion for Pro Hac Vice).(Ortner, Daniel) (Entered: 12/08/2022) |
| 12/08/2022 | 15 | AFFIDAVIT OF SERVICE of Summons and Complaint. Letitia James served on 12/2/2022, answer due 12/23/2022. Service was accepted by Jasmine Hughes, Intake Specialist. Document filed by Eugene Volokh; Rumble Canada Inc.; Locals Technology Inc...(Sheth, Darpana) (Entered: 12/08/2022) |
| 12/08/2022 | 16 | MOTION for James Diaz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27061404. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh. (Attachments: # 1 Supplement Certificate of Good Standing, # 2 Affidavit Declaration of James Diaz, # 3 Text of Proposed Order Granting Motion for Pro Hac Vice).(Diaz, James) (Entered: 12/08/2022) |
| 12/08/2022 | 17 | NOTICE OF APPEARANCE by Katherine Rhodes Janofsky on behalf of Letitia James..(Janofsky, Katherine) (Entered: 12/08/2022) |
| 12/09/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 14 MOTION for Daniel Ortner to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27060246. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California and the Supreme Court of Virginia. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order. (sac)** (Entered: 12/09/2022) |
| 12/09/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for James Diaz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–27061404. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sac)** (Entered: 12/09/2022) |
| 12/09/2022 | 18 | ORDER granting 16 Motion for James M. Diaz to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 12/9/2022) (ate) (Entered: 12/09/2022) |
| 12/12/2022 | 19 | NOTICE OF APPEARANCE by Richard W Sawyer on behalf of Letitia James..(Sawyer, Richard) (Entered: 12/12/2022) |
| 12/13/2022 | 20 | DECLARATION of Rick Sawyer in Opposition re: 8 MOTION for Preliminary Injunction .. Document filed by Letitia James. (Attachments: # 1 Exhibit Ex A – AG Investigative Report of Buffalo Shooting of May 2022, # 2 Exhibit Ex B – Homeland Security Threat Assessment October 2020, # 3 Exhibit Ex C – Assembly Sponsors Memo re Bill A7865.pdf, # 4 Exhibit Ex D – Assembly Debate – June 1, 2022).(Farber, Seth) (Entered: 12/13/2022) |
| 12/13/2022 | 21 | MEMORANDUM OF LAW in Opposition re: 8 MOTION for Preliminary Injunction .. Document filed by Letitia James..(Farber, Seth) (Entered: 12/13/2022) |
| 12/15/2022 | 22 | MOTION for Daniel Moshe Ortner to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh. (Attachments: # 1 Supplement Certificate of Good Standing from Supreme Court of California, # 2 Supplement Certificate of Good Standing from Supreme Court of Virginia, # 3 Affidavit Declaration of Daniel Ortner, # 4 Text of Proposed Order Granting Motion for Pro Hac Vice).(Ortner, |

| | | |
|---|---|---|
| | | Daniel) (Entered: 12/15/2022) |
| 12/15/2022 | 23 | REPLY MEMORANDUM OF LAW in Support re: 8 MOTION for Preliminary Injunction . . Document filed by Locals Technology Inc., Rumble Canada Inc., Eugene Volokh..(Diaz, James) (Entered: 12/15/2022) |
| 12/16/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 22 MOTION for Daniel Moshe Ortner to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 12/16/2022) |
| 12/16/2022 | 24 | ORDER FOR ADMISSION PRO HAC VICE: granting 22 Motion for Daniel Moshe Ortner to Appear Pro Hac Vice. (Signed by Judge Andrew L. Carter, Jr on 12/16/2022) (ama) (Entered: 12/16/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Andrew L. Carter, Jr: Telephone Oral Argument on the Motion for Preliminary Injunction held on 12/19/2022. Barry Covert, Michael Ellis, Daniel Ortner, James Diaz and Darpana Sheth for Plaintiffs. Seth Farber, Katherine Janofsky and Richard Sawyer for Defendant. (tdh) (Entered: 12/27/2022) |
| 12/20/2022 | 25 | LETTER MOTION for Extension of Time *for Defendant James to Respond to Complaint* addressed to Judge Andrew L. Carter, Jr. from Seth Farber dated December 20, 2022., LETTER MOTION for Extension of Time to File *Defendant James's Response to Complaint* addressed to Judge Andrew L. Carter, Jr. from Seth Farber dated December 20, 2022. Document filed by Letitia James..(Farber, Seth) (Entered: 12/20/2022) |
| 12/20/2022 | 26 | ORDER: granting 25 Letter Motion for Extension of Time; granting 25 Letter Motion for Extension of Time to File. SO ORDERED. (Signed by Judge Andrew L. Carter, Jr on 12/20/2022) (ama) (Entered: 12/20/2022) |
| 12/20/2022 | | Set/Reset Deadlines: Letitia James answer due 2/3/2023. (ama) (Entered: 12/20/2022) |
| 01/05/2023 | 27 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/19/2022 before Judge Andrew L. Carter, Jr.. Court Reporter/Transcriber: Marissa Mignano, (212) 420–0771. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/26/2023. Redacted Transcript Deadline set for 2/6/2023. Release of Transcript Restriction set for 4/5/2023. (js) (Entered: 01/05/2023) |
| 01/05/2023 | 28 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/19/2022 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 01/05/2023) |
| 02/14/2023 | 29 | OPINION AND ORDER re: 8 MOTION for Preliminary Injunction . filed by Rumble Canada Inc., Locals Technology Inc., Eugene Volokh. Accordingly, for the aforementioned reasons, the Court finds that Plaintiffs are entitled to a preliminary injunction prohibiting the enforcement of N.Y. Gen. Bus. Law § 394–ccc. The Clerk of Court is respectfully requested to terminate the pending motion at ECF No. 8. (Signed by Judge Andrew L. Carter, Jr on 2/14/2023) (tg) (Entered: 02/14/2023) |
| 03/13/2023 | 30 | NOTICE OF INTERLOCUTORY APPEAL from 29 Memorandum & Opinion,. Document filed by Letitia James. Filing fee $ 505.00, receipt number ANYSDC–27458321. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Farber, Seth) (Entered: 03/13/2023) |
| 03/13/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 30 Notice of Interlocutory Appeal. (tp) (Entered: 03/13/2023) |
| 03/13/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 30 Notice of Interlocutory Appeal, filed by Letitia James were transmitted to the U.S. Court of Appeals. (tp) (Entered: 03/13/2023) |