# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Volokh v. James  Docket No.: 23-356

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Sarah Coco

Firm: New York State Office of the Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: 212-416-6312   Fax:

E-mail: sarah.coco@ag.ny.gov

Appearance for: Defendant-Appellant Letitia James, in her official capacity as Attorney General of the State of New York
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood )
(name/firm)

[ ] Substitute counsel (replacing other counsel: )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 09/21/2022   OR

[ ] I applied for admission on  .

Signature of Counsel: /s/ Sarah Coco

Type or Print Name: Sarah Coco