

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

March 21, 2023

Catherine O'Hagan Wolfe,
Clerk of the Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

Re: *Volokh v. James*, No. 23-356

Dear Ms. Wolfe:

Pursuant to Local Rule 31.2(a)(1)(A), we respectfully request that the appellant's brief be due on June 20, 2023, which is ninety-one days after the ready date (March 21, 2023).

Respectfully submitted,

Sarah Coco
Assistant Solicitor General

cc via ECF: Barry Nelson Covert, Esq.
 Daniel Ortner