UNITED STATES COURT OF APPEALS
for the
SECONDCIRCUIT

———————————————————————

   At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of April two thousand and twenty-three,

———————————————————

| | |
|---|---|
| Eugene Volokh, Locals Technology Inc., Rumble Canada Inc., | **ORDER**<br>Docket No: 23-356 |
|    Plaintiffs-Appellees, | |
| v. | |
| Letitia James, in her official capacity as Attorney General of New York, | |
|    Defendant -Appellant. | |

———————————————————

   Counsel for Appellant Letitia James has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 20, 2023, as the brief filing date.

   It is HEREBY ORDERED that Appellant's brief must be filed on or before June 20, 2023. The appeal is dismissed effective June 20, 2023, if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                  For The Court:
                  Catherine O'Hagan Wolfe,
                  Clerk of Court