NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Volokh v. James   Docket No.: 23-356

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Deputy Solicitor General Judith N. Vale

Firm: Office of the New York Attorney General

Address: 28 Liberty St. New York, NY 11215

Telephone: 212 416-8020   Fax:

E-mail:

Appearance for: Defendant-Appellant Attorney General James
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Sarah Coco / Office of the New York Attorney GEneral )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 8/30/2018   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Judith N. Vale

Type or Print Name: Judith N. Vale