

June 27, 2023

**ECF**
Catherine O'Hagan Wolfe
Clerk of the Court
UNITED STATES COURT OF APPEALS FOR
   THE SECOND CIRCUIT
40 Foley Square,
New York, New York 10007

    Re: *Volokh v. James*, No. 23-356

Dear Clerk of the Court:

    Pursuant to Local Rule 31.2(a)(1)(B), Plaintiffs-Appellees respectfully request that the Appellees' brief be due on September 19, 2023, which is ninety-one (91) days after the filing of Appellant's brief on June 20, 2023.

                                Sincerely,

                                Daniel M. Ortner
                                Attorney
                                FOUNDATION FOR INDIVIDUAL RIGHTS
                                    AND EXPRESSION
                                510 Walnut Street, Suite 1250
                                Philadelphia, Pennsylvania 19106
                                Tel: (215) 717-3473, ext. 295
                                Daniel.Ortner@thefire.org

cc:    Sarah Coco, Esq.; Judith Naomi Vale, Esq.; James Michael Diaz, Esq.; and Barry Nelson Covert, Esq.