# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Volokh v. James  **Docket No.:** 23-356

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Corbin K. Barthold

**Firm:** TechFreedom

**Address:** 1500 K Street NW

**Telephone:** 771 200 4997  **Fax:**

**E-mail:** cbarthold@techfreedom.org

**Appearance for:** TechFreedom, Prof. Eric Goldman
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees Eugene Volokh, et al. )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Corbin K. Barthold

**Type or Print Name:** Corbin K. Barthold