NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Volokh v. James          Docket No.: 23-356

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: B. Tyler Brooks

Firm: Thomas More Society

Address: 309 W. Washington Street, Suite 1250

Telephone: (336) 707-8855          Fax: (336) 900-6535

E-mail: tbrooks@thomasmoresociety.org

Appearance for: Amicus Curiae Thomas More Society
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☒ Amicus (in support Plaintiffs-Appellees )
(party/designation)

CERTIFICATION

I certify that:

☒ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on August 8, 2023          OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/B. Tyler Brooks

Type or Print Name: B. Tyler Brooks