# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Volokh v. James**  Docket No.: **23-356**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Catherine W. Short**

Firm: **Life Legal Defense Foundation**

Address: **P.O. Box 1313, Ojai, CA 93024-1313**

Telephone: **707-337-6880**  Fax: **707-224-6676**

E-mail: **kshort@lldf.org**

Appearance for: **Life Legal Defense Foundation and Young Americans for Freedom, amici**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Appellees Volokh et al.** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature: Cath. W. Short]*

Type or Print Name: **Catherine W. Short**