# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Volokh v. James    Docket No.: 23-356

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Anastasia P. Boden

Firm: Cato Institute

Address: 1000 Mass. Ave., N.W., Washington, D.C. 20001

Telephone: (202) 216-1414    Fax:

E-mail: aboden@cato.org

Appearance for: Amicus Curiae Cato Institute
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees Eugene Volokh, Locals Technology Inc., and Rumble Canada Inc. )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/Anastasia P. Boden

Type or Print Name: Anastasia P. Boden