# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Volokh v. James          Docket No.: 23-356

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Bruce D. Brown

Firm: Reporters Committee for Freedom of the Press

Address: 1156 15th Street NW, Suite 1020

Telephone: 202-795-9300     Fax: 202-795-9301

E-mail: bruce.brown@rcfp.org

Appearance for: Reporters Committee for Freedom of the Press
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Plaintiffs-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on September 26, 2023     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Bruce D. Brown

Type or Print Name: Bruce D. Brown