**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Volokh v. James          Docket No.: 23-356

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: David Greene

Firm: Electronic Frontier Foundation

Address: 815 Eddy Street, San Francisco, CA 94109

Telephone: (415) 436-9333     Fax: (415) 436-9993

E-mail: davidg@eff.org

Appearance for: Amici Curiae Electronic Frontier Foundation and American Civil Liberties Union
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

✔ Additional counsel (co-counsel with: Brian Hauss, American Civil Liberties Union Foundation )
(name/firm)

✔ Amicus (in support of: Eugene Volokh, Local Technologies, Inc. Rumble Canada Inc., plaintiffs-appellees )
(party/designation)

**CERTIFICATION**

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 7, 2023    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ David Greene

Type or Print Name: David Greene