# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Volokh v. James**  Docket No.: **23-356**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: **John J. Bursch**

Firm: **Alliance Defending Freedom**

Address: **440 First Street NW, Suite 600, Washington, DC 20001**

Telephone: **616-450-4235**   Fax:

E-mail: **jbursch@adflegal.org**

Appearance for: **The Babylon Bee, LLC/Amicus**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: **Appellees - Eugene Volokh, Locals Technology and Rumble Canada** )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **01/31/2019**   OR

☐ I applied for admission on _____ .

Signature of Counsel: **s/ John J. Bursch**

Type or Print Name: **John J. Bursch**