

November 9, 2023

**SENT BY ECF**
Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: *Volokh v. James*, Case No. 23-356: Plaintiffs-Appellees' counsel's notice of updated unavailability for oral argument

Dear Ms. Wolfe:

I represent Eugene Volokh, Locals Technology Inc., and Rumble Canada Inc., the Plaintiffs-Appellees in the above appeal. I write to supplement the dates of unavailability on the oral argument statement filed in this matter on September 29, 2023, ECF No. 91.

As of today, in addition to the dates noted in the oral argument statement, I am unavailable for oral argument on the following dates: January 25, 26, and 29 of 2024.

I thank the Court for its accommodation in this matter.

Respectfully submitted,

*/s/ James M. Diaz*
JAMES M. DIAZ
(Vermont Bar No. 5014)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION
510 Walnut St., Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
jay.diaz@thefire.org
*Counsel of Record for Plaintiffs-Appellees*

cc: All Counsel of Record (By ECF)