

November 16, 2023

**SENT BY ECF**
Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    *Volokh v. James*, Case No. 23-356: Plaintiffs-Appellees' counsel's notice of updated unavailability for oral argument

Dear Ms. Wolfe:

I represent Eugene Volokh, Locals Technology Inc., and Rumble Canada Inc., the Plaintiffs-Appellees in the above appeal. I write to supplement the dates of unavailability on the oral argument statement filed in this matter on September 29, 2023, ECF No. 91, and the dates listed in Plaintiffs-Appellees' letter dated November 9, 2023, ECF No. 112.

As of today, in addition to the dates noted in the oral argument statement and the November 9 letter, I am newly unavailable for oral argument on the following dates: January 17, 2024, and February 21, 2024 through March 1, 2024.

I thank the Court for its accommodation in this matter.

    Respectfully submitted,

    */s/ James M. Diaz*
    JAMES M. DIAZ
    (Vermont Bar No. 5014)
    FOUNDATION FOR INDIVIDUAL
    RIGHTS AND EXPRESSION
    510 Walnut St., Suite 1250
    Philadelphia, PA 19106
    Telephone: (215) 717-3473
    jay.diaz@thefire.org
    *Counsel of Record for Plaintiffs-Appellees*

cc: All Counsel of Record (By ECF)