
**FIRE**
Foundation for Individual
Rights and Expression

January 11, 2023

**SENT BY ECF**
Hon. Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

     Re:    *Volokh v. James*, Case No. 23-356: Notice of Hearing Date

Dear Ms. Wolfe:

I represent Eugene Volokh, Locals Technology Inc., and Rumble Canada Inc., the
Plaintiffs-Appellees in the above appeal. I will be presenting oral argument on their behalf
on February 16, 2024 at 10:00 a.m. pursuant to the Notice of Hearing Date [ECF 120]
issued by the Court.

          Respectfully submitted,

          */s/ James M. Diaz*
          JAMES M. DIAZ
          (Vermont Bar No. 5014)
          FOUNDATION FOR INDIVIDUAL
          RIGHTS AND EXPRESSION
          510 Walnut St., Suite 1250
          Philadelphia, PA 19106
          Telephone: (215) 717-3473
          jay.diaz@thefire.org
          *Counsel of Record for Plaintiffs-*
          *Appellees*

cc: All Counsel of Record (By ECF)