UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-0356

**Caption [use short title]:** Volokh, et al. v. James

**Motion for:** Leave to File Supplemental Appendix

EUGENE VOLOKH, LOCALS TECHNOLOGY INC., and RUMBLE CANADA INC.,

    Plaintiffs-Appellees

v.

LETITIA JAMES

    Defendant-Appellant

**Set forth below precise, complete statement of relief sought:**

Plaintiffs-Appellees respectfully move for leave to file a supplemental appendix containing several relevant court documents filed in the district court after briefing on this appeal concluded

**MOVING PARTY:** Plaintiffs-Appellees    **OPPOSING PARTY:** Defendant-Appellant

[x] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [x] Appellee/Respondent

**MOVING ATTORNEY:** James M. Diaz    **OPPOSING ATTORNEY:** Barbara D. Underwood

*[name of attorney, with firm, address, phone number and e-mail]*

Foundation for Individual Rights and Expression    Solicitor General State of New York
510 Walnut Street, Suite 900, Philadelphia, PA 19106    28 Liberty Street, New York, NY 10005
(215) 717-3473  jay.diaz@thefire.org    212) 416-6312

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York, Honorable Andrew J. Carter Presiding

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes  [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
[ ] Unopposed  [x] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [x] Don't Know

Is the oral argument on motion requested?  [ ] Yes  [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [x] Yes  [ ] No  If yes, enter date: February 16, 2024

**Signature of Moving Attorney:**
/s/Daniel M. Ortner    Date: 2/5/2024    Service: [x] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# 23-0356

United States Court of Appeals

for the

Second Circuit

———♦———

EUGENE VOLOKH, LOCALS TECHNOLOGY INC., and RUMBLE CANADA INC.,

*Plaintiffs-Appellees,*

v.

LETITIA JAMES,

*Defendant-Appellant,*

On appeal from the United States District Court for the Southern District of New York, Honorable Andrew J. Carter Presiding

## PLAINTIFFS-APPELLEES' MOTION TO FILE SUPPLEMENTAL APPENDIX

JAMES M. DIAZ
  *Counsel of Record*
DANIEL M. ORTNER
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 717-3473
jay.diaz@thefire.org
daniel.ortner@thefire.org
    *Attorneys for Plaintiffs-Appellees*

Under Local Rule 30.1(g) and this Court's inherent equitable authority, Plaintiffs-Appellees respectfully move for leave to file a supplemental appendix containing (1) several relevant court documents filed in the district court after briefing on this appeal concluded and (2) an updated docket sheet reflecting these filings. The full contents of the supplemental appendix include:

| Dist Ct. Dkt. No. | Date | Description | Suppl. App. Pp. |
|---|---|---|---|
| N/A | 02/02/24 | Docket Sheet for *Volokh et al. v. James, et al.*, Civil Action No.: 1:22-cv-10195-ALC | 1–9 |
| 46 | 12/04/23 | Plaintiffs' Motion to Enforce the Preliminary Injunction | 10–12 |
| 47 | 12/04/23 | Declaration by Plaintiffs-Appellees' Counsel Daniel M. Ortner | 13–15 |
| 47-1 | 12/04/23 | Ex. A – October 12, 2023 - Investigation letter from Appellant-Defendant New York Attorney General Letitia James to Plaintiff Rumble Canada Inc. | 16–18 |
| 47-2 | 12/04/23 | Ex. B - October 12, 2023 - Redacted Investigation Letter | 19–21 |
| 47-3 | 12/04/23 | Ex. C - October 13, 2023 - Office of the Attorney General Press Release | 22–25 |

| 47-4 | 12/04/23 | Ex. D – October 18, 2023 - Rumble's Response Letter | 26–36 |
| 47-5 | 12/04/23 | Ex. E – October 19, 2023 - Attorney General's Reply Letter | 37–38 |

In support of this motion, Plaintiffs-Appellees state as follows:

1. Although a supplemental appendix is ordinarily filed at the same time as the Plaintiffs-Appellees' brief, *see* Local Rule 30.1(g), the documents contained in Plaintiffs-Appellees' supplemental appendix did not exist at that time or when Defendant-Appellant filed her reply brief on October 10, 2023.

2. This Court has the equitable authority to grant a motion to file a supplemental appendix after the close of briefing. *See, e.g., United States ex rel. Pelullo v. Am. Int'l Grp., Inc.*, 757 F. App'x 15, 18 (2d Cir. 2018), *as amended* (Jan. 7, 2019) (granting a motion to file a supplemental appendix after oral argument); *United States v. Derounian*, No. 19-1818-CR, 2022 WL 211998, at *1 n.1 (2d Cir. Jan. 25, 2022) (granting a motion to file a supplemental appendix that was "renewed at oral argument"). Doing so here is in the interest of justice and efficiency and causes no prejudice to either party.

This Court may consider and rely on all "[p]arts of the record . . . even though not included in the appendix." Fed. R. App. P. 30(a)(2). This is particularly true in First Amendment cases where the Court has an "obligation to 'make an independent examination of the whole record.'" *New York Progress & Prot. PAC v. Walsh*, 733 F.3d 483, 486 (2d Cir. 2013) (citation omitted). Plaintiffs-Appellees seek to file a supplemental appendix to notify the Court of these filings and provide them in a convenient and accessible manner. Accordingly, the Court should grant Plaintiffs-Appellees' motion and allow Plaintiffs-Appellees to file the proposed supplemental appendix.

Dated: February 5, 2024

/s/ James M. Diaz

JAMES M. DIAZ
 *Counsel of Record*
DANIEL M. ORTNER
FOUNDATION FOR INDIVIDUAL
 RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 717-3473
jay.diaz@thefire.org
daniel.ortner@thefire.org

*Counsel for Plaintiffs-Appellees Eugene Volokh, Rumble, and Locals*

**Certificate of Compliance with Type-Volume Limit**

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f): this document contains 448 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because: this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook.

Date: February 5, 2024        /s/ James M. Diaz
                                                James M. Diaz
                                                FOUNDATION FOR INDIVIDUAL
                                                    RIGHTS AND EXPRESSION

# CERTIFICATE OF SERVICE

The undersigned certifies that on February 5, 2024, an electronic copy of Plaintiffs-Appellees' Motion to File Supplemental Index was filed with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the CM/ECF system. The undersigned also certifies all parties in this case are represented by counsel who are registered CM/ECF users and that service of the brief will be accomplished by the CM/ECF system.

Dated: February 5, 2024         /s/ James M. Diaz

JAMES M. DIAZ
  *Counsel of Record*
DANIEL M. ORTNER
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 717-3473
jay.diaz@thefire.org
daniel.ortner@thefire.org

*Counsel for Plaintiffs-Appellees Eugene Volokh, Rumble, and Locals*