# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand and twenty-four,

_____

| | |
|---|---|
| Eugene Volokh, Locals Technology Inc., Rumble Canada Inc., | **ORDER**<br>Docket No. 23-356 |
|     Plaintiffs-Appellees, | |
| v. | |
| Letitia James, in her official capacity as Attorney General of New York, | |
|     Defendant -Appellant. | |

_____

    Appellees move for leave to file a supplemental appendix.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

