UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-0356

**Caption [use short title]:** Volokh, et al. v. James

**Motion for:** Leave to File Supplemental Appendix

EUGENE VOLOKH, LOCALS TECHNOLOGY INC., and RUMBLE CANADA INC.,

Plaintiffs-Appellees

v.

LETITIA JAMES

Defendant-Appellant

**Set forth below precise, complete statement of relief sought:**

Plaintiffs-Appellees respectfully move for leave to file a supplemental appendix containing two relevant documents that were inadvertently left out of the record on appeal

**MOVING PARTY:** Plaintiffs-Appellees
**OPPOSING PARTY:** Defendant-Appellant

[X] Plaintiff [ ] Defendant
[ ] Appellant/Petitioner [X] Appellee/Respondent

**MOVING ATTORNEY:** James M. Diaz
**OPPOSING ATTORNEY:** Barbara D. Underwood

[name of attorney, with firm, address, phone number and e-mail]

Foundation for Individual Rights and Expression | Solicitor General State of New York
510 Walnut Street, Suite 900, Philadelphia, PA 19106 | 28 Liberty Street, New York, NY 10005
(215) 717-3473 jay.diaz@thefire.org | 212) 416-6312

**Court- Judge/ Agency appealed from:** United States District Court for the Southern District of New York, Honorable Andrew J. Carter Presiding

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[X] Unopposed [ ] Opposed [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [X] No [ ] Don't Know

Is the oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? [X] Yes [ ] No If yes, enter date: February 16, 2024

**Signature of Moving Attorney:**
/s/Daniel M. Ortner  **Date:** 2/12/2024  **Service:** [X] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)