# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of February, two thousand twenty-four,

---

| | |
|---|---|
| Eugene Volokh, Locals Technology Inc., Rumble Canada Inc., | **ORDER** <br> Docket No. 23-356 |
|     Plaintiffs-Appellees, | |
| v. | |
| Letitia James, in her official capacity as Attorney General of New York, | |
|     Defendant -Appellant. | |

---

    Appellee moves for leave to file a supplemental appendix containing two relevant documents that were inadvertently left out of the record on appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

