# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of February, two thousand twenty-four.

Before:     Dennis Jacobs,
                Beth Robinson,
                Alison J. Nathan,
                     *Circuit Judges*.

---

Eugene Volokh, Locals Technology Inc., Rumble Canada Inc.,
                *Plaintiffs-Appellees*,                    **ORDER**

           v.                                                             23-356

Letitia James, in her official capacity as Attorney General of New York,
                *Defendant-Appellant*.

---

The parties are hereby advised that this appeal will be held in abeyance pending the Supreme Court's consideration of *NetChoice, L.L.C. v. Paxton*, 49 F.4th 439 (5th Cir. 2022), *cert. granted in part sub nom. NetChoice, LLC v. Paxton*, 144 S. Ct. 477 (2023) (U.S. No. 22-555), and *NetChoice, LLC v. Att'y Gen., Fla.*, 34 F.4th 1196 (11th Cir. 2022), *cert. granted in part sub nom. Moody v. NetChoice, LLC*, 144 S. Ct. 478 (2023) (U.S. No. 22-277), and *cert. denied sub nom. NetChoice, LLC v. Moody*, 144 S. Ct. 69 (2023). It is hereby ORDERED that, no later than ten days after issuance of those decisions, each party shall submit to this Court a letter brief, not to exceed fifteen pages single-spaced, addressing the effect, if any, that the decisions have on this appeal.

                                              FOR THE COURT:
                                              Catherine O'Hagan Wolfe, Clerk of Court