

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

BARBARA D. UNDERWOOD
SOLICITOR GENERAL
DIVISION OF APPEALS & OPINIONS

May 2, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for
 the Second Circuit
40 Foley Square
New York, NY 10007

  Re: *Volokh v. James*, No. 23-356

Dear Ms. Wolfe:

  I represent defendant-appellant the New York State Attorney General in the above-captioned appeal. In this appeal, the Attorney General seeks reversal of the district court's preliminary injunction order enjoining enforcement of General Business Law § 394-ccc. After the briefing in this appeal was complete, plaintiffs-appellees filed a motion in the district court to enforce the injunction, contending that the Attorney General violated the injunction by sending voluntary requests for information to social media networks, including plaintiff Rumble Canada Inc., seeking information about the networks' responses to the proliferation of calls for violence against Jewish and Muslim people on social media in the aftermath of the October 7, 2023, terrorist attacks in Israel. Prior to oral argument in this appeal, plaintiffs were granted leave to file as a supplemental appendix a declaration and exhibits filed in the district court in support of their motion. *See* Pls.-Appellees' Mot. (Feb. 5, 2024), CA2 ECF No. 123-1; Order (Feb. 6, 2024), CA2 ECF No. 126.

  In accordance with Federal Rule of Appellate Procedure 28(j), I write to advise the Court that the district court has denied plaintiffs' motion to

enforce the district court's preliminary injunction order. *See* Opinion & Order, Volokh v. James, No. 22-cv-10195 (ALC) (April 30, 2024).

Respectfully,

*/s/ Sarah Coco*

Sarah Coco
Assistant Solicitor General
(212) 416-6312

cc: Counsel of record (by ECF)