# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

| | |
|---|---|
| EUGENE VOLOKH, et al.<br><br>          Plaintiff,<br><br>   v.<br><br>LETITIA JAMES, in her official capacity as Attorney General of New York<br><br>          Defendant. | Case No. 23-356 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Joshua R. Zuckerman of Gibson, Dunn & Crutcher LLP

hereby withdraws his appearance in the above-captioned case as counsel for amicus Cato Institute.

Mr. Brian C. McCarty of Gibson, Dunn & Crutcher LLP will continue to represent the Cato

Institute in this action.


Date: August 22, 2025

Respectfully submitted,

*/s/ Joshua R. Zuckerman*
Joshua R. Zuckerman
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
jzuckerman@gibsondunn.com


*Attorney for Amicus Cato Institute*

## CERTIFICATE OF SERVICE

I certify that on this day, August 22, 2025, a true and correct copy of this document was filed and served via the court's electronic filing system upon all parties who have entered and appeared in the above-captioned case.

/s/ *Joshua R. Zuckerman*
Joshua R. Zuckerman
