# *State of New York*
# *Court of Appeals*

**Present,** Hon. Rowan D. Wilson, *Chief Judge*, **presiding**.

---

No. 124
Eugene Volokh, et al.,
     Respondents,
       v.
Letitia James, &c.,
     Appellant.

---

     Appellant in the above entitled appeal appeared by Hon. Letitia James, New York State Attorney General; respondents appeared by Foundation for Individual Rights and Expression.

     The Court, after due deliberation, orders and adjudges that the certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, are accepted and the issues presented are to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.

---

Heather Davis
Clerk of the Court

Court of Appeals, Clerk's Office, Albany, September 16, 2025
cc: U.S. Court of Appeals for the Second Circuit