# State of New York
# Court of Appeals

**Present,** Hon. Rowan D. Wilson, *Chief Judge,* *presiding*.

---

Eugene Volokh, et al.,
　　　　Respondents,
　　v.
Letitia James, &c.,
　　　　Appellant.

---

　　　　Appellant in the above entitled appeal appeared by the Hon. Letitia James, New York State Attorney General; respondents appeared by Foundation for Individual Rights and Expression.

　　　　The Court, after due deliberation, orders and adjudges that, following certification of questions by the United States Court of Appeals for the Second Circuit and acceptance of the questions by this Court pursuant to section 500.27 of this Court's Rules of Practice, and after hearing argument by counsel for the parties and consideration of the briefs and record submitted, the first and second certified questions are answered in the affirmative and the third certified question is answered in the negative. Opinion by Judge Cannataro. Chief Judge Wilson and Judges Rivera and Troutman concur. Judge Garcia dissents in part in an opinion, in which Judges Singas and Halligan concur.

_____
Heather Davis
Clerk of the Court

Court of Appeals, Clerk's Office, Albany, June 23, 2026
cc: U.S. Court of Appeals for the Second Circuit