# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of June, two thousand twenty-six.

Before:

Dennis Jacobs,
Beth Robinson,
Alison J. Nathan,
*Circuit Judges.*

---

Eugene Volokh, Locals Technology Inc., Rumble Canada Inc.,
*Plaintiffs-Appellees*,

v.

Letitia James, in her official capacity as Attorney General of New York,
*Defendant-Appellant*.

**ORDER**

23-356

---

In light of the New York Court of Appeals decision in *Volokh v. James*, No. 58, -- N.E.3d --, 2026 WL 1790976, at *1 (N.Y. June 23, 2026), we invite the parties to file supplemental letter briefs, not to exceed 7,000 words. Letter briefs are to be submitted within twenty-one days from the date of this order.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

